UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MICHAEL HOWARD HUNTER, | |
| Plaintiff, | NO.  CV-09-169-LRS |
| vs. | ORDER DISMISSING ACTION |
| OZZIE KNEZOVICH, et al., | |
| Defendants. | |

By Order filed August 3, 2009, the court denied Mr. Hunter's application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915(g) and directed him to pay the full filing fee within twenty (20) days.  Plaintiff filed an Notice of Appeal on August 6, 2009.  He has not complied with the court's directive.

Therefore, **IT IS ORDERED** this action is **DISMISSED** for failure to comply with the filing fee requirements of 28 U.S.C. § 1915.

**IT IS SO ORDERED.**  The District Court Executive is directed to enter this Order, enter judgment, forward a copy to Plaintiff, and close the file.

**DATED** this     31st   day of August, 2009.

*s/Lonny R. Suko*

LONNY R. SUKO
CHIEF UNITED STATES DISTRICT JUDGE

ORDER DISMISSING ACTION  -- 1