AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### Eastern District of Washington

MICHAEL HOWARD HUNTER,
                Plaintiff,

                                      **JUDGMENT IN A CIVIL CASE**

                v.

OZZIE KNEZOVICH, et al.,
                Defendants.                    CASE NUMBER: CV-09-169-LRS

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED this action is dismissed for failure to comply with the filing fee requirements of 28 U.S.C. § 1915, pursuant to the Order Dismissing Action entered on August 31, 2009, Ct. Rec. 16.

August 31, 2009                                        JAMES R. LARSEN
*Date*                                                          *Clerk*
                                                           s/ Cora Vargas
                                                           *(By) Deputy Clerk*
                                                           Cora Vargas